# ALABAMA COURT OF CRIMINAL APPEALS



June 7, 2024

**CR-2022-1327**
Chad Richardson v. State of Alabama (Appeal from Lawrence Circuit Court: CC-19-104 )

## NOTICE

You are hereby notified that on June 7, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk